NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Galen SNYDER,

        Plaintiff,

v.

TRADITIONS RESIDENTIAL
HEALTHCARE, et al.,

        Defendants.

Civ. No. 12-149

OPINION and ORDER

THOMPSON, U.S.D.J.

      This matter has come before the Court by way of Complaint of Plaintiff Galen Snyder [docket # 1]. Plaintiff also has submitted an application to proceed *in forma pauperis*. For the reasons given below, the Court, acting *sua sponte*, will dismiss the claims against all of the Defendants.

      After reviewing the Complaint, it does not appear as though Plaintiff has raised any federal questions over which this Court may exercise jurisdiction. Plaintiff's Complaint is more or less a running tallying of criticisms that he has against the housing facility where he lives and the people who work there. Many of these criticisms and complaints about the facility and its employees are made on behalf of others. Plaintiff does not have standing to assert any claims based upon those criticisms. To the extent that Plaintiff's Complaint raises any claims at all over which he may have standing, they sound in battery, intentional infliction of emotional distress, conversion, fraud, and false imprisonment—all distinctly state law claims. Moreover, Plaintiff and at least some of the Defendants are identified as residing in the State of New Jersey, and it does not appear that there is $75,000 at issue in this case. As such, this case must be dismissed for lack of subject matter jurisdiction.

Therefore, it is on this 11th day of January, 2012

ORDERED that Plaintiff's Complaint shall be dismissed for lack of subject matter jurisdiction; and it is

ORDERED that Plaintiff's application to proceed *in forma pauperis* is denied as moot; and it is

ORDERED that this case is closed.

                                                 */s/ Anne E. Thompson*
                                                 ANNE E. THOMPSON, U.S.D.J.